UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SPRINGFIELD

CIVIL ACTION NO.:

SHARON BURKE,

        Plaintiff

v.

PHYSICIAN PRACTICE PARTNERS, LLC AND RIVERBEND MEDICAL GROUP,

        Defendant

## COMPLAINT AND JURY DEMAND

### Parties

1. The Plaintiff, Sharon Burke (hereinafter referred to as the "Plaintiff"), is a natural person with a residential address of 26 Lauren Lane, Southwick, MA 01077.

2. The Defendant, Physician Practice Partners, LLC and RiverBend Medical Group (hereinafter referred to as the "Defendant"), is a corporation located 230 Main Street, Agawam, MA 01001.

### Jurisdiction

3. This Court has jurisdiction over the claims set forth herein, pursuant to 28 U.S.C. §§ 1332 and otherwise. There questions of federal law involved with the Plaintiff's claims.

### Facts

4. The Plaintiff was employed by the Defendant beginning in 1987 as an LPN.

5. The Plaintiff always performed her job responsibilities well throughout the course of her employment.

6. The Plaintiff has a medical condition that affects her daily life activities and amounts to a handicap under state and federal law.

7. The Plaintiff made reasonable requests for accommodation for her handicap condition including requesting leave. The Plaintiff also requested leave under the Family Medical Act (FMLA) for her condition.

8. On September 17, 2010 the Plaintiff was terminated from her employment with the Defendant in the middle of her requested FMLA leave.

9. The Plaintiff feels that she was terminated based upon her handicap status and in retaliation for her requests for accommodation and FMLA leave.

10. The Plaintiff believes that the conduct of the Defendant is a violation of M.G.L. c. 151 B, the Family Medical Leave Act, among perhaps other laws, and the Plaintiff has satisfied the prerequisites to filing suit.

## Count I
### (M.G.L. c. 151B– Real or Perceived Disability Discrimination and Harassment)

11. The Plaintiff incorporates herein the previous allegations set forth in this Complaint.

12. The Plaintiff was treated differently as to the terms and conditions of her employment based upon the Plaintiff's real or perceived disability or medical condition.

13. The Plaintiff requested reasonable accommodations for her handicap and/or medical condition, and the Defendant took adverse action against the Plaintiff for requesting such accommodations.

14. The Plaintiff's employment with the Defendant was terminated, and her employment with the Defendant was otherwise adversely affected, based upon the Plaintiff's real or perceived handicap and/or medical condition.

15. The Plaintiff was severely and adversely affected by the conduct of the Defendant and the failure of the Defendant to take reasonable steps to ensure that this discriminatory conduct and harassment would not continue.

WHEREFORE, the Plaintiff, Sharon Burke, respectfully requests judgment against the Defendant Physician Practice Partners, LLC and RiverBend Medical Group and for all damages available pursuant to M.G.L. c. 151B.

### Count II
**(M.G.L. c. 151B - Retaliation)**

16. The Plaintiff incorporates herein the previous allegations set forth in this Complaint.

17. The Plaintiff was treated adversely because of her handicap and medical condition.

18. The Plaintiff believes that she was retaliated against and terminated from her employment, at least in part, based upon her request for accommodations related to her handicap and/or medical condition.

19. The environment and the conditions imposed upon the Plaintiff related to and adversely affected the terms and conditions of her employment.

20. The Plaintiff was severely and adversely affected by the conduct of the Defendant and the failure of the Defendant to take reasonable steps to ensure that this discriminatory conduct, retaliation and harassment would not continue.

WHEREFORE, the Plaintiff, Sharon Burke, respectfully requests judgment against the Defendant Physician Practice Partners, LLC and RiverBernd Medical Group and for all damages available pursuant to M.G.L. c. 151B.

### Count III
**(29 U.S.C. § 2611 et.seq. Family and Medical Leave Act - Enforcement)**

21. The Plaintiff incorporates herein the previous allegations set forth in this Complaint.

22. The Plaintiff's employment with the Defendant was terminated, and her employment with the Defendant was otherwise adversely affected based upon the Plaintiff's requests for leave and for her invoking her rights under the FMLA.

23. The Plaintiff was severely and adversely affected by the conduct of the Defendant and the failure of the Defendant to take reasonable steps to ensure that the Plaintiff's FMLA rights were made available to her.

24. The conduct of the Defendant amounts to a clear intentional and willful violation of the relevant provisions of the FMLA as cited above.

WHEREFORE, the Plaintiff, Sharon Burke, respectfully requests a judgment against the Defendant Physician Practice Partners, LLC and RiverBend Medical Group and for all damages available pursuant to the relevant provisions the FMLA.

## Count IV
**(29 U.S.C. § 2611 et.seq. Family and Medical Leave Act - Retaliation)**

25. The Plaintiff incorporates herein the previous allegations set forth in this Complaint.

26. The Plaintiff believes that she was terminated based upon her attempts to invoke her rights under the FMLA.

27. The Plaintiff was severely and adversely affected by the conduct of the Defendant and the failure of the Defendant to take reasonable steps to ensure that the Plaintiff's rights were made available to her under the FMLA. The conduct of the Defendant amounts to intentional and willful violations of the FMLA.

WHEREFORE, the Plaintiff, Sharon Burke, respectfully requests judgment against the Defendant Physician Practice Partners, LLC and RiverBend Medical Group and for all damages available pursuant to the relevant provisions of the FMLA.

## Count V
### (Americans with Disabilities Act (ADA) – Real or Perceived Disability Discrimination and Harassment)

28. The Plaintiff incorporates herein the previous allegations set forth in this Complaint.

29. The Plaintiff was treated adversely because of her disability and handicap.

30. The Plaintiff requested reasonable accommodations for her handicap, and the Defendant took adverse action against the Plaintiff for requesting such accommodations.

31. The Plaintiff was harassed based upon her handicap and/or medical condition.

32. The Plaintiff's employment with the Defendant was terminated, and her employment with the Defendant was otherwise adversely affected based upon the Plaintiff's handicap and/or medical condition.

33. The Plaintiff is a qualified handicapped person.

34. The Plaintiff was severely and adversely affected by the Defendant's conduct and the failure of the Defendant to take reasonable steps to ensure that this discriminatory conduct would not occur and/or continue.

WHEREFORE, the Plaintiff, Sharon Burke, respectfully requests a judgment against the Defendant Physician Practice Partners, LLC and RiverBend Medical Group and for all damages available pursuant to the ADA.

## Count VI
### (ADA – Retaliation)

35. The Plaintiff incorporates herein the previous allegations set forth in this Complaint.

36. The Plaintiff was treated adversely because of her handicap and medical condition.

37. The Plaintiff reported and/or resisted the discrimination against her based upon her handicap.

38. The Plaintiff's employment with the Defendant was terminated, and her employment with the Defendant was otherwise adversely affected based upon the Plaintiff's handicap and/or medical condition.

39. The Plaintiff was severely and adversely affected by the Defendant's conduct and the failure of the Defendant to take reasonable steps to ensure that this discriminatory conduct would not occur and/or continue.

WHEREFORE, the Plaintiff, Sharon Burke, respectfully requests a judgment against the Defendant Physician Practice Partners, LLC and RiverBend Medical Group and for all damages available pursuant to the ADA.

**THE PLAINTIFF DEMANDS A JURY TRIAL ON ALL COUNTS SO TRIABLE IN THE SUPERIOR COURT.**

Respectfully submitted,

The Plaintiff
SHARON BURKE
By Her Attorneys,

MICHAEL O. SHEA, ESQ.
BBO No.: 555474
EMILY J. DANIELL, ESQ.
BBO No.: 674084
Law Office Of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA 01095
Telephone: (413) 596-8005
Facsimile: (413) 596-8095

Dated: April 22, 2011