UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SHARON BURKE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 11-30101-JLT |
| | * | |
| PHYSICIAN PRACTICE PARTNERS, LLC and RIVERBEND MEDICAL GROUP, | * * * | |
| | * | |
| Defendants. | * | |

## ORDER

October 14, 2011

TAURO, J.

After reviewing the Parties' written submissions, this court hereby orders that Plaintiff's unopposed Motion to Amend Complaint and Jury Demand [#10] is ALLOWED for all of the reasons in Plaintiff's Memorandum in Support of Motion to Amend Complaint and Jury Demand [#11]. This ORDER renders Defendants' Motion to Dismiss [#7] the original Complaint MOOT. IT IS SO ORDERED.

                                                    /s/ Joseph L. Tauro
                                                   United States District Judge